# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-15911

**Case Name** hey, inc. v. Twitter, Inc.

**Counsel submitting this form** Carlos Makoto Taitano

**Represented party/parties** John Doe 1 and John Doe 2

*Briefly describe the dispute that gave rise to this lawsuit.*

John Does published Tweets on the Twitter platform operated by Twitter, Inc., that hey, inc. is claiming defamed its reputation and interfered in its business.

hey, inc. is seeking information from Twitter, Inc. to identify John Does pursuant to 28 U.S.C. § 1782 to file a civil lawsuit in Japan.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

On April 19, 2022, the district court authorized hey, inc. to serve its subpoena upon Twitter, Inc.

Subsequently, Twitter, Inc. filed its motion to quash the subpoena, and John Does joined in Twitter, Inc.'s motion to quash.

On June 6, 2023, the district court issued its order denying the motion to quash and ordered Twitter, Inc. to provide the requested discovery to hey, inc.

The main issues on appeal are:
(a) whether the district court committed error of law or abused its discretion in contravention of the party presentation principle, and as a result deprived John Does of their due process rights, by denying the motion to quash by sua sponte raising, analyzing, and deciding on issues that no party had argued.

(b) whether the district court abused its discretion by not considering uncontroverted facts that show that the foreign lawsuit will fail.

(c) whether the district court committed error of law in determining that hey, inc. is an "interested person" under 28 U.S.C. § 1782.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

John Does have filed a motion to stay the June 6, 2023 order pending appeal. There are no other proceedings remaining below.

**Signature** s/ Carlos Makoto Taitano   **Date** June 28, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

2