UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

No. 23-15911
_____

HEY, INC.,
Plaintiff - Appellee,

v.

TWITTER, INC.,
Defendant - Appellee,

v.

JOHN DOE 1; JOHN DOE 2,
Movants - Appellants.

_____

On Appeal from the
United States District Court for the Northern District of California

_____

**APPELLANTS' FRAP 10(b)(1)(B) CERTIFICATE**

Pursuant to FRAP 10(b)(1)(B), Appellants certify that no transcript will be ordered from the district court reporter because there were no proceedings at the district court, including no hearings or oral arguments.

Dated June 29, 2023.

               s/ Carlos Makoto Taitano
               CARLOS MAKOTO TAITANO
               Attorney for Movants - Appellants
               MFPR Roppongi Azabudai Bldg. 11th Floor
               1-8-7 Roppongi
               Minato-ku, Tokyo 106-0032 Japan
               Telephone: 1 671 777 0581

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 23-15911

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Junji Suzuki
Marshall Suzuki Law Group, LLP
230 California Street
Suite 415
San Francisco, CA 94111

**Description of Document(s)** *(required for all documents)*:

Appellants' FRAP 10(b)(1)(B) Certificate

**Signature** | s/ Carlos Makoto Taitano     **Date** | June 29, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 15                                                                                     Rev. 12/01/2018