NO. 23-15911

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

HEY, INC.,

Plaintiff–Appellee,

v.

TWITTER, INC.,

Defendant–Appellee,

v.

JOHN DOE 1; JOHN DOE 2,

Movants–Appellants.

On Appeal from the United States District Court
for the Northern District of California
The Honorable Donna M. Ryu
District Court Case No. 4:22-mc-80034-DMR

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, IN SUPPORT OF MOVANTS–APPELLANTS**

Matthew T. Cagle (SBN 286101)
  *Counsel of record*
Nicolas A. Hidalgo (SBN 339177)
Nicole A. Ozer (SBN 228643)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
mcagle@aclunc.org
nhidalgo@aclunc.org
nozer@aclunc.org

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29-3, the American Civil Liberties Union of Northern California respectfully moves for leave to file the accompanying brief of *amici curiae* regarding the Movants-Appellants' appeal of the district court's decision to deny their motion to quash the subpoena issued by hey, Inc. against Twitter, Inc. (now doing business as X Corp.).

The undersigned counsel sought consent to the filing of the proposed brief from counsel for all parties.

**INTEREST OF *AMICI CURIAE* AND REASONS WHY THE MOTION SHOULD BE GRANTED**

The ACLU of Northern California is the Northern California affiliate of the American Civil Liberties Union (ACLU), a nationwide, nonprofit, nonpartisan organization dedicated to defending the principles embodied in the Federal Constitution and our nation's civil rights laws. The ACLU and its affiliates share a longstanding commitment to freedom of speech and digital rights. The California ACLU affiliates have a statewide Technology and Civil Liberties Program, founded in 2004, which works specifically on legal and policy issues at the intersection of new technology and privacy, free speech, and other civil liberties and civil rights. Since its founding in 1920, the ACLU has frequently appeared before the U.S. Supreme Court, this Court, and other federal courts in cases related to free speech and freedom of association, including exercise of those rights online.

1

*See, e.g., Reno v. ACLU*, 521 U.S. 844 (1997) (counsel); *Fair Hous. Council of San Fernando Valley v. Roommates.com, LLC*, 521 F.3d 1157 (9th Cir. 2008) (amici); *Gonzalez v. Google LLC*, 598 U.S. 617 (2023) (amici); *Twitter, Inc., v. Taamneh, et al.*, 598 U.S. 471 (2023) (amici).

The district court opinion on appeal addresses the ability of domestic and foreign litigants to use 28 U.S.C. section 1782 ("Section 1782") to unmask the identities of anonymous speakers on U.S.-based internet platforms. Section 1782 is a centuries'-old statute designed to help litigants obtain discovery from U.S. custodians for use in foreign cases and Congress did not contemplate its use as a tool to weaken free speech.

The proposed brief would be helpful to the court due to the ACLU of Northern California's substantial experience representing parties and acting as *amici curiae* in other cases addressing freedom of speech on the internet. In the proposed brief, we intend to (1) explain the nature of the modern internet and its ramifications for anonymous free speech, (2) outline the legal standards for unmasking anonymous speakers under the *Highfields* test and how it interacts with the standard for assessing requests under Section 1782, (3) summarize a worrisome trend of litigants using Section 1782 to circumvent U.S. free speech protections, and (4) argue that U.S. courts should apply the *Highfields* test to all Section 1782 cases seeking to unmask anonymous online speakers.

## CONCLUSION

For the foregoing reasons, this Court is respectfully requested to grant leave to file the accompanying brief of *amici curiae*.

Dated: September 27, 2023        Respectfully submitted,

/s/ *Matthew T. Cagle*

Matthew T. Cagle (SBN 286101)
Nicolas A. Hidalgo (SBN 339177)
Nicole A. Ozer (SBN 228643)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
mcagle@aclunc.org
nhidalgo@aclunc.org
nozer@aclunc.org

*Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I hereby certify that on September 27, 2023, I electronically filed the foregoing Motion for Leave to File Brief of Amici Curiae with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the CM/ECF system, which effects service upon all counsel of record.

Dated: September 27, 2023         /s/ *Matthew T. Cagle*

Matthew T. Cagle
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
mcagle@aclunc.org

*Attorney of Record for Amici Curiae*