UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HEY, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant - Appellee, <br><br> v. <br><br> JOHN DOE 1 and JOHN DOE 2, <br><br> Movants - Appellants. | No. 23-15911 <br><br> D.C. No. 4:22-mc-80034-DMR <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

The motion of American Civil Liberties Union of Northern California to file an amicus curiae brief (Docket Entry No. 16) and any response thereto are referred for resolution to the panel that will consider the merits of the case.

Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7