# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 23-15911

**Case Name**: hey, inc. v. Twitter, Inc.

**Hearing Location (*city*)**: San Francisco

**Your Name**: Ari Holtzblatt

List the sitting dates for the two sitting months you were asked to review:

March 11-15, 2024; March 25-29, 2024; April 1-5, 2024; April 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 10-12, 2024 - Motion to Dismiss Hearing in Meta Platforms, Inc. v. Bright Data, Ltd., No. 3:23-cv-77 (N.D. Cal.), scheduled for April 11 plus adjacent days to accommodate preparation and travel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

●Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

19-15625, Sinclair, et al. v. Twitter, Inc. et al. (San Francisco)
19-15937, Palmucci v. Twitter, Inc. et al. (San Francisco)
18-17327, Copeland v. Twitter, Inc. et al. (San Francisco)

**Signature**: s/ Ari Holtzblatt  **Date**: November 10, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*